**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MARVIN FERNANDO TEC TAC,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN, DELANEY HALL DETENTION FACILITY, et al.,**<br><br>**Respondents.** | **Civil Action No. 26-8019 (RK)**<br><br>**ORDER** |

Petitioner has filed a pro se Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by immigration officials. He has also filed an Emergency Motion for a Temporary Restraining Order ("TRO Motion") which seeks the same relief. (ECF Nos. 3.) Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b), this Court is required to examine a habeas petition prior to ordering an answer and dismiss the petition "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court"). The Court has examined this Petition and determined that dismissal prior to the answer is not warranted.

**IT IS** on this 11th day of August 2026,

**ORDERED** that the Court has screened the Petition pursuant to Rule 4 and determined that dismissal prior to the answer is not warranted; and it is further

**ORDERED** that the Order at ECF No. 2, which stays Petitioner's transfer from New Jersey, shall remain in effect until Petitioner is released or the matter concludes; and it is further

**ORDERED that if Respondents determine that Petitioner (1) does NOT have a criminal history, and (2) is NOT subject to a final order of removal, Respondents shall release Petitioner within twenty-four (24) hours of the entry of this Order**; and it is further

**ORDERED** that Respondents shall within three (3) days after entry of this Order, file either: (a) a letter certifying Petitioner's release pursuant to this Order; or (b) a letter, not to exceed two pages, identifying (1) whether Petitioner has a criminal history, (2) whether Petitioner is subject to a final order of removal, and (3) the statutory authority under which Petitioner continues to be detained; and it is further

**ORDERED** that upon receipt of that letter, the Court will determine whether an expedited scheduling order or other proceedings are necessary; and it is further

**ORDERED** that the Emergency Motion for a Temporary Restraining Order at ECF Nos. 3 shall be ADMINISTRATIVELY TERMINATED pending the response; and it is further

**ORDERED** that the Clerk shall send a copy of this Order to Petitioner at the address on file.

ROBERT KIRSCH
United States District Judge