**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Christopher J. Stratigeas*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*christopher.stratigeas@usdoj.gov*

*Main: (973) 645-2700*
*Direct: (973) 297-2029*

August 13, 2026

**Via Electronic Filing**
Hon. Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Tec Tac v. Warden, Delaney Hall Detention Facility, et al.,* No. 26-08019 (RK)**
**Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement informed this Office that Petitioner was released from custody at 8:15 p.m. on August 11, 2026.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney General

By: */s Christopher J. Stratigeas*
CHRISTOPHER J. STRATIGEAS
Assistant United States Attorney
*Attorneys for the Respondents*

cc: All counsel of record (*via electronic filing*)

It is ordered that this case shall be marked CLOSED.

Robert Kirsch, U.S.D.J.
DATE: 8/17/26